UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CANDACE MARTIN

VERSUS

D.R. HORTON, INC.

CIVIL ACTION

NO. 07-940-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 23, 2008. Defendant has filed an objection and plaintiff has filed a response which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's motion for remand (rec.doc.13) will be granted and this matter will be remanded to the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, October 22, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA